DORE SUNDLAND, Respondent, v. THE KORFUND COMPANY, INC., and CORK FOUNDATION COMPANY, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of DOROTHY WEGENER, Appellant, for an Order against KENNETH DAYTON, as Budget Director of THE CITY OF NEW YORK, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Martin, P. J., dissents.

FAIRBANKS CUBE STEAK HOUSE, INC., Appellant, v. MYRON C. VIERA, as President, and ROBERT STANLEY, as Secretary of United Culinary Workers, Local 923, C. I. O., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SINGER, Appellant, v. THE PAROLE COMMISSION OF THE CITY OF NEW YORK and/or WILLIAM ADAMS, Warden of the Tombs, Respondents.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [172 Misc. 423.]

DRY DOCK SAVINGS INSTITUTION, Appellant, v. KATE MEINKEN and Others, Defendants. NAT D. JACOBY, Receiver, Respondent.— Order, so far as appealed from, unanimously modified by reducing allowance to Plaut & Davis to the sum of $500 and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WINNIE GART, Respondent, v. JOHN GART, Appellant.— Order unanimously modified by reducing the amount of alimony to the sum of twenty-five dollars a week and counsel fee to the sum of $200, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FASHION FOUNDATIONS, INC., Appellant, v. EDWIN WASSER, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AMERICAN WOOLEN COMPANY INCORPORATED, Respondent, v. SAMUEL GREENBERG CLOTHES, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.